

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 3:21cr 54 |
| | ) | |
| SHADONTA LATEEF BEANE, | ) | Possession of a Firearm and |
| | ) | Ammunition by a Convicted Felon |
| Defendant. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Counts One and Two |
| | ) | |
| | ) | Forfeiture Allegation |

MAY 2021 TERM - At Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about October 1, 2020, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, SHADONTA LATEEF BEANE, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a ROMARM/CUGIR Mini Draco pistol bearing serial number PE0441-2018 having a 30-round magazine and 22 rounds of 762x39 ammunition, all in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT TWO
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about November 17, 2020, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, SHADONTA LATEEF BEANE, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Taurus PT 840 .40 caliber handgun bearing serial number SKR71840, and 10 rounds of .40 caliber ammunition, all in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One or Two of this Indictment, as part of the sentencing of the defendant pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of the offense. Property subject to forfeiture includes, but is not limited to, the following:

    a ROMARM-CUGIR Mini Draco pistol bearing serial number PE0441-2018 having a 30-round magazine and 22 rounds of 762x39 ammunition; and

    a Taurus PT 840 .40 caliber handgun bearing serial number SKR71840, and 10 rounds of .40 caliber ammunition

If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c).)

A TRUE BILL:

*FOREPERSON*

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: *Angela Mastandrea-Miller*
Angela Mastandrea-Miller
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

3